# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES E. McFARLAND, <br><br> Defendant. | No. 12-MC-5008 BHS/KLS <br><br> REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B). The Petitioner filed a request for an Order of Enforcement of Summons directing the respondent to Show Cause why the Internal Revenue Service Summons served in this case should not be enforced. The respondent has been served with said order and there has been no response.

After reviewing the proposed Order of Enforcement of Summons, the undersigned recommends that the Court enter said order directing the respondent to appear before the investigating Revenue Officer handing this case.

A proposed order accompanies this Report and Recommendation.

Dated this 10th day of April, 2012.

*(signature)*
Karen L. Strombom
United States Magistrate Judge

REPORT & RECOMMENDATION - 1