UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

JAMES E. McFARLAND,

               Defendant.

No.  12-mc-5008 BHS/KLS

REPORT AND RECOMMENDATION
REGARDING WITHDRAWAL OF
PETITION TO ENFORCE SUMMONS

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).  The Petitioner filed a notice of withdrawal of its petition to Enforce Internal Revenue Service Summons (ECF 8) and requested the court to enter an order dismissing this matter.

After reviewing the notice of withdrawal, the undersigned recommends that the Court enter an order granting the request of the United States of America to withdraw its petition and that the case be dismissed.

A proposed order accompanies this Report and Recommendation.

DATED this 9th day of August, 2012.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION
RE WITHDRAWAL OF PETITION - 1