UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                Plaintiff,

  v.

JAMES E. McFARLAND,

                Defendant.

No. 12-mc-5008 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Karen L. Strombom recommending that the request of the Petitioner to have its Petition to Enforce Internal Revenue Service Summons be withdrawn and the case dismissed (ECF 9) be GRANTED.  It therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2) The United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons is GRANTED.

(3) This case is hereby DISMISSED.

DATED this 9th day of August, 2012

                                            BENJAMIN H. SETTLE
                                            United States District Judge